UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P, BUTCHER AS SPECIAL REPRESENTATIVE OF THE ESTATE OF CLEO SMITH; WELLS FARGO BANK, N.A.; CAPITAL ONE BANK (USA) N.A., UNKNOWN HEIRS AND LEGATEES OF CLEO SMITH; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, | Case No.: 15-cv-826 <br><br> Judge: Harry D. Leinenweber <br><br> Magistrate Judge: Young B. Kim |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

ZACHARY T. FARDON

United States Attorney

By: *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.com

# CERTIFICATE OF SERVICE

I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on May 21, 2015, and on the following non-ECF filers by first class mailing on May 22, 2015:

William P. Butcher Special Representative
of the Estate of Cleo Smith
2044 Ridge Road
Homewood, IL  60430


Wells Fargo Bank, N.A.
503 S. Pierre Street
Pierre, SD  57501

Capital One Bank (USA), N.A.
1111 E Main Street, Suite 1600
Richmond, VA  23219

Unknown Heirs and Legatees of Cleo Smith
1001 W. 102nd Street
Chicago, IL 60643

Unknown Owners and Non-Record Claimants
1001 W. 102nd Street
Chicago, IL 60643

    *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.com